IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP E. RAMSEY,** | : | Civil No. 1:18-cv-0643 |
| Plaintiff, | : | |
| v. | : | |
| **NATE, BOB,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation of the magistrate judge in which he recommends that the captioned action be dismissed without prejudice to the filing of an amended complaint due to Plaintiff's failure to comply with Middle District Local Rule 5.1 and Federal Rule of Civil Procedure 8. (Doc. 5.) No objections have been filed. Upon review of the complaint, which is both unclear and in part illegible, and after consideration of the report and recommendation and the applicable law, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) Plaintiff's motion (Doc. 2) seeking leave to proceed *in forma pauperis* is **GRANTED**.

3) The complaint is **DISMISSED WITHOUT PREJUDICE** to the filing of an amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: May 22, 2018